UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Wright, | : <br> : <br> : Civil Action No.: 2:10-cv-04465 (ER) <br> : <br> Plaintiff, : <br> v. : <br> : <br> Northstar Location Services, LLC; and DOES : <br> 1-10, inclusive, : <br> : <br> Defendant. : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

James Wright ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2010

          Respectfully submitted,

          PLAINTIFF, James Wright

          <u>/s/ Jody B. Burton</u>

          Jody B. Burton, Esq.
          Bar No.: 71681
          LEMBERG & ASSOCIATES L.L.C.
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (877) 795-3666
          jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Jody B. Burton_____

                                                Jody B. Burton